IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JASMIN M. JUNG JONES                                      PLAINTIFF

v.                          CIVIL NO. 10-3079

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

## ORDER

On August 18, 2010, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). (Doc. 1). Subsequently, an order was issued directing the clerk to provisionally file the complaint prior to a determination regarding Plaintiff's status as an indigent. (Doc. 2). Pursuant to the order, Plaintiff submitted an amended IFP application on August 25, 2010. (Doc. 4). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

Plaintiff's motion for leave to proceed IFP is GRANTED. The clerk is directed to file the complaint *nunc pro tunc* as of August 17, 2010. Additionally, the court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 26th day of August 2010.

/s/ JM Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 7 2010

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

AO72A
(Rev. 8/82)