IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JASMIN M. JUNG JONES                                                           PLAINTIFF

vs.                              Civil No. 3:10-CV-03079

MICHAEL J. ASTRUE                                                  DEFENDANT
Commissioner, Social Security Administration

## ORDER

Currently before the Court is the Report and Recommendations (Doc. 17) filed on April 9, 2012 by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Judge Marschewski recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be **GRANTED**. The parties have not filed objections to the Report and Recommendations, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Court finds that Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $1,866.85. This award represents 7.5 attorney hours at an hourly rate of $155.00, 9.1 paralegal hours at an hourly rate of $75.00, and $21.85 in postage expenses. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED, this 9th day of May, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE